JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PETER B. AXELROD (CSBN 190843)
LAUREL BEELER (CSBN 187656)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6774
   Facsimile: (415) 436-7234
   E-Mail: Peter.Axelrod@usdoj.gov
         Laurel.Beeler@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YOUNG JOON YANG, et al.,<br><br>    Defendants | No. CR 05-00395 CRB<br>[Filed June 23, 2005] |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>YONG SUN AUSTIN,<br>    a/k/a Tammy,<br><br>    Defendant. | No. CR 08-0056 MHP<br>[Filed February 6, 2008]<br><br>UNITED STATES' NOTICE OF RELATED CASE IN A CRIMINAL ACTION<br><br>(San Francisco Venue) |

The United States hereby notifies the Court that the two above-captioned criminal cases are related, pursuant to Criminal Local Rule 8-1.

//

RELATED CASE NOTICE
[CR 05-00395 CRB, CR 08-0056 MHP]

## I. DESCRIPTION OF CASES

**1.     United States v. Young Joon Yang et al., CR 05-00395 CRB**

On June 23, 2005, a grand jury returned an indictment against 29 people in <u>United States v. Young Joon Yang et al.</u>, CR 05-00395 CRB (hereinafter Yang Indictment), which arises from the Gilded Cage investigation.[1]

**2.     United States v. Yong Sun Austin, CR 08-0056 MHP**

On February 6, 2008, the United States Attorney's Office file a single-count information against Yong Sun Austin in <u>United States v. Yong Sun Austin</u>, CR 08-0056 MHP.  The information charges Austin with use of a facility in aid of unlawful activity (18 U.S.C. § 1952), and it is based on the same Gilded Cage investigation.  The United States has filed the information as part of an anticipated plea in this matter.

## II. RELATIONSHIP OF THE CASES

Local Rule 8-1(b) defines cases as related in where "[b]oth actions appear likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and unnecessary expenses if conducted before different Judges."  Here, the cases are related under this provision for a number of reasons.  First, both cases emanate from the same investigation, Gilded Cage, based on some of the same evidence and involving many of the same witnesses.  Further, having presided over related cases encompassing over 35 defendants from Gilded Cage, Judge Breyer is familiar with the facts and circumstances of that investigation.  Moreover, because the parties anticipate a negotiated disposition and Judge Breyer has handled all of the pleas and sentencings in this matter, it would likely entail a substantial duplication of labor for another judge to get up to speed in the matter and it might result in conflicts in the record.  Thus, the government believes that assignment of the two matters to a single judge is likely to conserve

\\

---

[1] Since the <u>Yang</u> indictment, the Court has related five other cases before Judge Breyer (<u>U.S. v. Moore et al.</u>, CR 05-00447; <u>U.S. v. Chang Kun Kim</u>, CR 05-00613; <u>U.S. v. Pang et al.</u>, CR 06-0101; <u>U.S. v. Lau</u>, CR 06-192; and <u>U.S. v. Imsang Lee</u>, CR 07-0735) arising from the same investigation, Operation Gilded Cage.

RELATED CASE NOTICE
[CR 05-00395 CRB, CR 08-0056 MHP]            2

1 | judicial resources and promote the efficient administration of justice.

3 | Date:   February 6, 2008                               Respectfully Submitted,

4 | JOSEPH P. RUSSONIELLO

6 |                                        /S / PETER B. AXELROD
7 | PETER B. AXELROD
LAUREL BEELER
Assistant U.S. Attorneys