AO 455 (Rev. 5/85) Waiver of Indictment

**FILED**

FEB 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# United States District Court

_NORTHERN_ DISTRICT OF _CALIFORNIA_

UNITED STATES OF AMERICA

V.

YOUNG SUN AUSTIN

## WAIVER OF INDICTMENT

CASE NUMBER: CR-08-0056 CRB

I, _Young Sun Austin_, the above named defendant, who is accused of violating 18 USC § 1952

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _2/12/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

**Maria Elena James
United States Magistrate Judge**