UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

Date: **February 12, 2008**

Reporter: **Juanita Gonzalez**

Case No: **CR-08-0056-CRB**

AUSA: Pete Axelrod
Interpreter: Ted Kim

THE HONORABLE CHARLES R. BREYER
Courtroom Clerk: **Barbara Espinoza**

**FILED**

FEB 12 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFT: **YONG SUN AUSTIN**
(X)Present

DEF ATTY: Geoffrey Rotwein

**REASON FOR HEARING** Change of Plea/Sentencing

**RESULT** Defendant placed under oath; enters a plea of guilty to the information. The Court accepts the plea and the defendant is adjudged guilty. The parties waive the preparation of the pre sentence report and the Court proceeds into sentencing. Plea agreement and transcript filed under seal.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ for _____

**JUDGMENT** three (3) years probation under the standard and additional conditions set forthwith. Eight (8) months home detention with electronic monitoring. Assessment fee: $100.00; Fine:-0-; Forfeiture: $25,000.00

Notes: _____