02/25/2008 04:02 PM EDT

CR 08-52

**FILED**
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Case Debt Type Payment Report
### U.S. Courts

Version 7.0.1

San Francisco

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | YOUNG SUN AUSTIN | DCAN308CR000056 | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611015673 | 1 | PR | 100.00 | 02/12/2008 |

US V AUSTIN

Division Payment Total    100.00

Grand Total    100.00

$ 100.00  SPECIAL ASSESSMENT
PAID IN FULL       on 2/12/08

Page 1 of 1