1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   YONG SUN AUSTIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR08-0056 CRB |
| Plaintiff, | ) | **ORDER TO RECONVEY REAL PROPERTY POSTED FOR SECURITY FOR BAIL** |
| vs. | ) | |
| YONG SUN AUSTIN, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that, since defendant has been sentenced and is currently serving as term of probation, and pursuant to the below Stipulation, the real property posted as security for the bail in this case be reconveyed from the Court Clerk to Mr. Darrell Vice, the owner of the property posted.

DATED: March __, 2008

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

ORDER TO RECONVEY PROPERTY
No. CR-08-0056 CRB                   -1-

**STIPULATION**

It is hereby stipulated by the government that, given that defendant has been sentenced and has commenced serving her term of probation, the real property posted as security for the bail in this case be reconveyed from the Court Clerk to Mr. Darrel Vice, the owner of the property posted.

DATED: March 5, 2008                    JOSEPH P. RUSSONIELLO
                                        United States Attorney

                                        By:/s/ Peter B. Axelrod
                                        PETER B. AXELROD
                                        LAUREL BEELER
                                        Assistant United States Attorneys

ORDER TO RECONVEY PROPERTY
No. CR-08-0056 CRB                                    -2-