1 | GEOFFREY ROTWEIN, ESQ. (CA SBN 58176)
400 Montgomery Street, Second Floor
2 | San Francisco, California 94104
Facsimile: (415) 397-0862
3 | Telephone: (4l5) 397-0860

4 | Attorney for Defendant
YONG SUN AUSTIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR08-0056 CRB |
| Plaintiff, | **ORDER TO RECONVEY REAL PROPERTY POSTED FOR SECURITY FOR BAIL** |
| vs. | |
| YONG SUN AUSTIN, | |
| Defendant. | |

IT IS HEREBY ORDERED that, since defendant has been sentenced and is currently serving as term of probation, and pursuant to the below Stipulation, the real property posted as security for the bail in this case be reconveyed from the Court Clerk to Mr. Darrell Vice, the owner of the property posted.

DATED: March 06, 2008

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**ORDER TO RECONVEY PROPERTY**
No. CR-08-0056 CRB                    -1-

**STIPULATION**

It is hereby stipulated by the government that, given that defendant has been sentenced and has commenced serving her term of probation, the real property posted as security for the bail in this case be reconveyed from the Court Clerk to Mr. Darrel Vice, the owner of the property posted.

DATED: March 5, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

By:/s/ Peter B. Axelrod
PETER B. AXELROD
LAUREL BEELER
Assistant United States Attorneys

ORDER TO RECONVEY PROPERTY
No. CR-08-0056 CRB                    -2-