1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   YONG SUN AUSTIN
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )   No.  CR08-0056 CRB
                                       )
11          Plaintiff,                 )   **ORDER TO RELEASE**
                                       )   **DEFENDANT'S PASSPORT**
12      vs.                            )   **AND GREEN CARD**
                                       )
13  YONG SUN AUSTIN,                   )
                                       )
14          Defendant.                 )
                                       )
15  _____

16      IT IS HEREBY ORDERED that the Clerk of Court is to release to defendant or her

17  counsel, her passport and green card.

18  DATED: April __, 2008            _____
                                     HON. CHARLES R. BREYER
19                                   UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28

**ORDER TO RELEASE PASSPORT, GREEN CARD**
No. CR-08-0056 CRB                    -1-

1 **STIPULATION**

2 It is hereby stipulated by the government that the Clerk of Court may release to

3 defendant or her counsel her passport and green card..

4 DATED: April 3, 2008          JOSEPH P. RUSSONIELLO
                                United States Attorney

5

                                By:/s/ Peter B. Axelrod
6                               PETER B. AXELROD
                                LAUREL BEELER
7                               Assistant United States Attorneys

ORDER TO RELEASE PASSPORT, GREEN CARD
No. CR-08-0056 CRB                    -2-