1  GEOFFREY ROTWEIN, ESQ.  (CA SBN 58176)
   400 Montgomery Street, Second Floor
2  San Francisco, California  94104
   Facsimile: (415) 397-0862
3  Telephone: (4l5) 397-0860

4  Attorney for Defendant
   YONG SUN AUSTIN

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR08-0056 CRB |
| Plaintiff, | **ORDER TO RELEASE DEFENDANT'S PASSPORT AND GREEN CARD** |
| vs. | |
| YONG SUN AUSTIN, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Clerk of Court is to release to defendant or her counsel, her passport and green card.

DATED: April 07, 2008

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

ORDER TO RELEASE PASSPORT, GREEN CARD
No. CR-08-0056 CRB                                        -1-

**STIPULATION**

It is hereby stipulated by the government that the Clerk of Court may release to defendant or her counsel her passport and green card..

DATED: April 3, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

By:/s/ Peter B. Axelrod
PETER B. AXELROD
LAUREL BEELER
Assistant United States Attorneys